# FINANCIAL DISCLOSURE REPORT

Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ILLSTON, SUSAN Y. | U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIF | 1/12/95 |

| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Nominee, active status | X Nomination, Date___ ___ Initial ___ Annual ___ Final | 1/1/94-1/9/95 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations ___ |
|---|---|
| 840 Malcolm Road, Suite 200 Burlingame, CA 94010 | Reviewing Officer Signature _____ |

> IMPORTANT NOTES: *The instructions accompanying this form must be followed.* Complete all parts, checking the NONE box for each section where you have no reportable information. *Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Partner | Corchett, Illston & Pitre (law firm) |
| Director | Bay Meadows Foundation (charity - no fees) |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements) | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| 1992 | Income, from law firm partnership | $2,302,000 |
| 1993 | Income, from law firm partnership | $3,300,000 |
| 1/94-1/9/95 | Income, from law firm partnership (est.) | $2,425,000 |
| | | $ |
| | | $ |

- **566**

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting ILLSTON, SUSAN Y. | Date of Report 1/12/95 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements or gifts) | |

EXEMPT

## V. OTHER GIFTS.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts) | | |
| EXEMPT | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES.

(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☐ NONE (No reportable liabilities) | | |
| First Card/VISA (J) | Revolving credit | L |
| Confederation Life Ins. Co. | Mortgage on office building at 840 Malcolm, Burlingame (I have now sold my interest in the building) | J |

* VALUE CODES: J = $15,000 or less  K = $15,001 to $50,000  L = $50,001 to $100,000  M = $100,001 to $250,000
N = $250,001 to $500,000  O = $500,001 to $1,000,000  P = More than $1,000,000

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | ILLSTON, SUSAN Y. | V/12/95 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (Including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical (J) for joint ownership of reporting individual and spouse, (S) for separate ownership by spouse, (DC) for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period EXEMPT | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) Amt. Code (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 Benham Cap.Preservation Fund (J) | F | Div | P | T | | | | | |
| 2 U.S. Treasury Bills (J) | F | Int | P | T | | | | | |
| 3 Peninsula Bank (J) | D | Int | J | T | | | | | |
| 4 Home Savings (J) | A | Int | L | T | | | | | |
| 5 Citibank FSB (J) | A | Int | K | T | | | | | |
| 6 Schwab Govt Money Fund(J)D | | Div | L | T | | | | | |
| 7 Alliance Money Mkt Fund(J)A | | Div | J | T | | | | | |
| 8 Northwestern Mut.Life Ins. Co. (J, DC) | D | Div | N | T | | | | | |
| 9 Northwestern Mut. Life Ins. - Trusts (DC) | E | Div | O | T | (see attachment) | | | | |
| 10 Bond Fund of America(J) | C | Div | K | T | | | | | |
| 11 TIAA-CREF (J) | B | Div CapGain | K | T | | | | | |
| 12 Note receivable (J) | B | Int | M | U | (see attachment) | | | | |
| 13 Common-Bristol Myers (J) | C | Div | L | T | | | | | |
| 14 Common-Maxicare Health(J)A | | Div | J | T | | | | | |
| 15 Office building (J) | A | Rent | J | T | (see attachment) | | | | |
| 16 Century Prop.Fund XII(J) | A | Rent | J | T | | | | | |
| 17 Law firm capital account (J) | | | P | U | (see attachment) | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

| 1 Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to 5,000 | D=$5,001 to $15,000 |
|---|---|---|---|---|
| | E=$15,001 to $50,000 | F=$50,001 to $100,000 | G=$100,001 to $1,000,000 | H=More than $1,000,000 |
| 2 Value Codes: (See Col. C1 & D3) | J=$15,000 or less | K=$15,001 to $50,000 | L=$50,001 to $100,000 | M=$100,001 to $250,000 |
| | N=$250,001 to $500,000 | O=$500,001 to $1,000,000 | P=More than $1,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
| | U=Book Value | V=Other | W=Estimated | |

| FINANCIAL DISCLOSURE REPORT *(cont'd)* | Name of Person Reporting<br>ILLSTON, SUSAN Y. | Date of Report<br>1/12/95 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

VII - #9: Insurance trusts for our children; the trustee is Douglas ~~McGlashan, Esq. of San Mateo, CA.~~

VII - #12: Note receivable, home mortgage; borrowers are Sela and Kesomi Maka

VII - #15: Office building at 840 Malcolm Road, Burlingame, CA, where my former law firm is located.

VII - #17: This is the capital account in my former law firm. I have arranged to sell my interest back to the firm as of my appointment to the bench. The sale will be for cash and I will thereafter have no financial relationship to the firm.

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date 1/12/95

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

---

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

# FINANCIAL STATEMENT

## NET WORTH

SUSAN Y. ILLSTON
As of 12/31/94

Provide a complete, current financial net worth statement which itemizes in detail all assets (including b. accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including det mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members your household.

| ASSETS | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 183 500 | Notes payable to banks—secured | | | |
| (1) U.S. Government securities—add schedule | 4 314 600 | | Notes payable to banks—unsecured | | | |
| | | | Notes payable to relatives | | | |
| (2) Listed securities—add schedule | | 59 700 | Notes payable to others | | | |
| Unlisted securities—add schedule | | | Accounts and bills due | | | 3 200 |
| Accounts and notes receivable: | | | Unpaid income tax | | | 160 000 |
| Due from relatives and friends | | | Other unpaid tax and interest | | | |
| Due from others | | 229 900 | Real estate mortgages payable—add schedule | | | |
| Doubtful | | | | | | |
| (3) Real estate owned—add schedule | | 1 022 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | Other debts—itemize: | | | |
| Autos and other personal property | | 70 000 | | | | |
| Cash value—life insurance | | 775 000 | | | | |
| Other assets—itemize: | | | | | | |
| Law firm | | 1 900 000 | | | | |
| Retirement accounts | | 225 000 | | | | |
| | | | Total liabilities | | 163 200 | |
| | | | Net worth | 8 616 500 | | |
| Total assets | | 8 779 700 | Total liabilities and net worth | 8 779 700 | | |

| CONTINGENT LIABILITIES | None | | GENERAL INFORMATION | | | |
|---|---|---|---|---|---|---|
| As endorser, comaker or guarantor | | | Are any assets pledged? (Add schedule.) | NO | | |
| On leases or contracts | | | | | | |
| Legal Claims | | | Are you defendant in any suits or legal actions? | Yes | | |
| Provision for Federal Income Tax | | | Have you ever taken bankruptcy? | NO | | |
| Other special debt | | | | | | |

(1) Treasury note  $   490,782
    Treasury bills $1,774,946
    T-bill Fund    $2,048,861

(2) Bristol Myers Squibb $57,900

    Maxicare Health Plans $ 1,800

(3) Main residence  $700,000
    Second home     $315,000
    Recreation      $  7,000